

No. 14–0010/AF.   U.S. v. Rafael Verdejo–Ruiz.   CCA 37957.  On consideration of Appellant's motion to attach documents and Appellee's motion to dismiss the petition for grant of review without prejudice and motion to treat Appellant's motion to vacate before the United States Air Force Court of Criminal Appeals as a motion for reconsideration, it is ordered that Appellee's motion to dismiss the petition for grant of review without prejudice and motion to treat Appellant's motion to vacate before the United States Air Force Court of Criminal Appeals as a motion for reconsideration are hereby granted, and Appellant's motion to attach documents is hereby denied as moot.

Wednesday, November 13, 2013

No. 14–0036/AF.   U.S. v. Nicholas M. Garrison.   CCA 38093.   Review granted on the following issue:

> WHETHER THE COURT OF CRIMINAL APPEALS PANEL THAT REVIEWED THIS CASE WAS PROPERLY CONSTITUTED.

The decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for remand to the Court of Criminal Appeals for a new review and consideration of the aforementioned issue under Article 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866 (2006). [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0127/AF. U.S. v. John I. Rodriguez. CCA 38080. Review granted on the following issue:

> WHETHER THE COURT OF CRIMINAL APPEALS PANEL THAT REVIEWED THIS CASE WAS PROPERLY CONSTITUTED.

The decision of the United States Air Force Court of Criminal Appeals is set aside. The record of trial is returned to the Judge Advocate General of the Air Force for remand to the Court of Criminal Appeals for a new review and consideration of the aforementioned issue under Article 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866 (2006). [See also ORDERS GRANTING PETITION FOR REVIEW this date.]

No. 14–0036/AF. U.S. v. Nicholas M. Garrison. CCA 38093. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0127/AF. U.S. v. John I. Rodriguez. CCA 38080. [See also APPEALS—SUMMARY DISPOSITIONS this date.]

No. 14–0163/AF. U.S. v. Alfred K. Gallardo. CCA 38100. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 2, 2013.

No. 14–0164/AR. U.S. v. Robert J. Coughlin. CCA 20110097. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 2, 2013.

No. 14–0169/AR. U.S. v. Anthony P. Villareal. CCA 20110738. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 2, 2013.